```
☒ FILED      ☐ LODGED
☐ RECEIVED   ☐ COPY

   MAR 2 1 2023

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

GARY M. RESTAINO
United States Attorney
District of Arizona
LINDSAY L. SHORT
Assistant U.S. Attorney
Arizona State Bar No. 034125
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Lindsay.short@usdoj.gov
Attorneys for Plaintiff

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Mehrdad Arbabzadeh,<br><br>　　　　　Defendant. | No. CR-23-00429-PHX-DWL (MTM)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 915<br>(False Impersonation of a Foreign Diplomat, Consul, or Official)<br>Counts 1 and 2 |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about October 15, 2021, at or near Phoenix, in the District of Arizona, the defendant, MEHRDAD ARBABZADEH, with the intent to defraud within the United States, falsely assumed and pretended to be a diplomatic, consular, or other official of a foreign government duly accredited as such to the United States and in so doing, attempted to obtain a thing of value, to wit: immunity from a criminal prosecution pending in the City of Phoenix Municipal Court in Phoenix, Arizona.

All in violation of Title 18, United States Code, Section 915.

### COUNT 2

On or about September 21, 2022, at or near Phoenix, in the District of Arizona, the

defendant, MEHRDAD ARBABZADEH, with the intent to defraud within the United States, falsely assumed and pretended to be a diplomatic, consular, or other official of a foreign government duly accredited as such to the United States and in so doing, attempted to obtain a thing of value, to wit: immunity from a citation issued by an Arizona Department of Public Safety Officer.

All in violation of Title 18, United States Code, Section 915.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: March 21, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/

LINDSAY L. SHORT
Assistant U.S. Attorney