# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-00429-001-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Mehrdad Arbabzadeh, | |
| Defendant. | |

**IT IS ORDERED** granting Defendant's Motion for Substitution of Counsel (Doc. 11).

**IT IS FURTHER ORDERED** substituting retained attorney Taylor Fox as counsel of record for Defendant in place of Jeffrey Williams, AFPD.

DATED this 3rd day of April, 2023.

Honorable Michael T. Morrissey
United States Magistrate Judge