AZD PS 40a  (AZD Rev. 10/12) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| **TO:** | Immigration and Customs Enforcement – DRO<br>2035 N. Central Avenue<br>Phoenix, AZ 85004 | **FROM:** | United States Pretrial Services<br>Sandra Day O'Connor Courthouse, Suite 260<br>401 W. Washington Street, SPC 8<br>Phoenix, Arizona 85003-2119<br>(602) 322-7350<br>Fax: (602) 322-7380 |

**Original Notice**

Date: April 5, 2023
By: VE

| | | | |
|---|---|---|---|
| Defendant: | Mehrdad Arbabzadeh | Case Number: | 0970 2:23CR00429 |
| Date of Birth: | | Place of Birth: | Canada |
| SSN: | | Alien ("A") Number: | INS Number |

**Notice of Court Order** (Order Date: April 4, 2023)

The above-named defendant surrendered Passport Number _____ Issuing Country CANADA) to the custody of the U.S. Pretrial Services on April 5, 2023.

**NOTICE OF DISPOSITION**
The above case has been disposed of.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court