GARY M. RESTAINO
United States Attorney
District of Arizona
LINDSAY L. SHORT
Assistant U.S. Attorney
Arizona State Bar No. 034125
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Lindsay.short@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-23-00429-PHX-DWL |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| vs. | VIO: 18 U.S.C. § 4<br>(Misprision of a Felony)<br>Count 1 |
| Mehrdad Arbabzadeh, | |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES**:

## COUNT 1

In or about November of 2021, in the District of Arizona and elsewhere, the defendant, MEHRDAD ARBABZADEH, having knowledge of the actual commission of a felony cognizable by a Court of the United States, to wit, Mail Fraud, did conceal the same and did not as soon as possible notify or make known to some judge or other person in civil or military authority under the United States.

In violation of Title 18, United States Code, Section 4.

Dated this ___28th___ day of _____January_____, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

LINDSAY SHORT  Digitally signed by LINDSAY SHORT
Date: 2024.01.28 19:14:44 -07'00'

LINDSAY L. SHORT
Assistant U.S. Attorney