# WAIVER OF INDICTMENT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

☒ FILED   ☐ LODGED

**Feb 08 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-00429-PHX-DWL |
| Plaintiff, | |
| vs. | |
| Mehrdad Arbabzadeh, | |
| Defendant. | |

Mehrdad Arbabzadeh, the above-named defendant, who is accused of Misprision of a Felony, in violation of Title 18, United States Code, Section 4, being advised of the nature of the charge and of his rights, waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
MEHRDAD ARBABZADEH
Defendant

_____
TAYLOR FOX
Counsel for Defendant

Date  2-8-24