# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-00429-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Mehrdad Arbabzadeh, | |
| Defendant. | |

On February 22, 2024, Magistrate Judge Michael T. Morrissey issued "Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty and Order." Magistrate Judge Morrissey recommended that the District Judge accept the Defendant's plea of guilty, subject to the Court's acceptance of the Plea Agreement. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1). The Court accepts the Recommendation of Magistrate Judge Morrissey. Accordingly,

**IT IS HEREBY ORDERED** accepting the Defendant's plea of guilty.

**IT IS FURTHER ORDERED** that the plea agreement will not be accepted or rejected at this time. The Court will inspect the presentence report for the purpose of determining whether to accept or reject the plea agreement.

Dated this 12th day of March, 2024.

Dominic W. Lanza
United States District Judge