**Taylor W. Fox**
**Taylor W. Fox, P.C.**
Arizona State Bar No. 019780
1641 E. Osborn Road, Ste. #8
Phoenix, AZ 85016
Telephone: 602-443-2220
taylorfoxlaw@gmail.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-00429-PHX-DWL |
| Plaintiff, | |
| vs. | **MOTION TO WITHDRAW** |
| Mehrdad Arbabzadeh, | |
| Defendant. | |

    Now comes counsel for Defendant, Mehrdad Arbabzadeh, by and asks to withdraw from representation in this matter. Defense counsel's obligations under the attorney-client fee agreement have been discharged with the completion of sentencing in this matter. Defendant has been notified of his right to appeal under

1

the plea agreement and the filing period for filing that notice, if he chooses to do so. Defense counsel has also informed Defendant of his intention of withdrawing at the conclusion of his sentencing.

    For these reasons counsel for Mr. Arbabzadeh asks that this Court grant his request to withdraw from representation.

RESPECTFULLY SUBMITTED this 10th day of June 2024.

By: s/Taylor W. Fox
Attorney for Defendant