# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Mehrdad Arbabzadeh,<br><br>　　　　Defendant. | No. CR-23-00429-001-PHX-DWL<br><br>**ORDER** |

　　　　Upon review of Defendant's Motion to Withdraw (Doc. 56), and good cause appearing,

　　　　IT IS ORDERED granting Defendant's Motion. Retained attorney Taylor W. Fox is withdrawn from further representation of Defendant in this matter.

　　　　Dated this 11th day of June, 2024.

Dominic W. Lanza
United States District Judge