AZD PS 40a  (AZD Rev. 10/12) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the
## District of Arizona

### NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

**TO:**  Immigration and
Customs Enforcement – DRO
2035 N. Central Avenue
Phoenix, AZ 85004

**FROM:**  United States Pretrial Services
Sandra Day O'Connor Courthouse, Suite 260
401 W. Washington Street, SPC 8
Phoenix, Arizona 85003-2119
(602) 322-7350
Fax: (602) 322-7380

### Disposition Notice

**Date:**   June 20, 2024

**By:**   VE

| | | |
|---|---|---|
| Defendant:  Mehrdad Arbabzadeh | Case Number: | 0970 2:23CR00429 |
| Date of Birth:  1990 | Place of Birth: | Tehran, Tehran province, Iran |
| SSN:  XXX-XX-6026 | Alien ("A") Number: | INS Number |

**Notice of Court Order** (Order Date: April 4, 2023)

The above-named defendant surrendered Passport Number GB0XXXXXX,  (Issuing Country Canada) to the custody of the U.S. Pretrial Services on April 5, 2023

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐  Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒  Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court